TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Josmens Jimenez Vera, <br><br> Petitioner <br><br> v. <br><br> Todd Blanche, *et al.,* <br><br> Respondents | Case No. 2:26-cv-00682-CDS-NJK <br><br> **Order Approving Joint Stipulation for Extension of Time for the Parties to File a Joint Status report in Compliance with the Court's Order, ECF No. 22** <br><br> [ECF No. 25] |

Petitioner Josmens Jimenez Vera ("Petitioner") and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for the Parties to File a Joint Status report in Compliance with the Court's Order, ECF No. 22. The Parties need additional time to determine compliance with the Court's order. This is the second request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for the Parties to submit a Joint Status Report from July 27, 2026, to August 5, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 28th day of June 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Katherine A. Tanaka*
KATHERINE A. TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Katherine_Tanaka@fd.org
*Attorney for Petitioner Josmens Jimenez Vera*

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**    July 31, 2026

2